# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Melissa Taylor and Douglas St. Pierre,

                Plaintiffs,

v.

DLI Properties, L.L.C., d/b/a Ford Field, S.A.F.E. Management, LLC, Donna Farmer, and Sabrina Wiggins,

                Defendants.

Case No. 15-cv-13777

Judith E. Levy
United States District Judge

Mag. Judge David R. Grand

_____/

## ORDER GRANTING SUMMARY JUDGMENT TO DLI PROPERTIES, L.LC. ON REMAINING CLAIM AGAINST IT

On September 6, 2017, the Court ordered the parties, pursuant to Fed. R. Civ. P. 56(f), to submit supplemental briefing regarding whether summary judgment should be entered in favor of defendant DLI Properties, L.L.C. ("DLI") on the remaining claim against it: plaintiff Douglas St. Pierre's Michigan People With Disabilities Civil Rights Act ("PWDCRA") claim. Defendants timely responded on September 20,

2017, arguing that the claim – and, by extension, DLI – should be dismissed. Plaintiffs did not respond.

Because the record in this case establishes that DLI committed no act that could give rise to liability under the PWDCRA, and the individual defendants are not DLI's employees such that DLI could be liable for their actions, it is hereby ordered that:

Summary judgment on St. Pierre's PWDCRA claim is GRANTED as to DLI; and

DLI is DISMISSED from this case.

The remaining claims for trial consist of Taylor's assault and battery claim against Farmer and Wiggins, plaintiffs' negligent hiring, training, and supervision claims against S.A.F.E. Management, and St. Pierre's PWDCRA claim against Farmer and S.A.F.E. Management.

IT IS SO ORDERED.

Dated: September 28, 2017   s/Judith E. Levy
Ann Arbor, Michigan     JUDITH E. LEVY
            United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 28, 2017.

s/Shawna Burns
SHAWNA BURNS
Case Manager